Della J. Lyndon and Mary E. Anderson, Appellees,
v. Trust Company of Chicago, Appellant.

Gen. No. 41,669.

opinion filed June 9, 1941; rehearing denied June 23, 1941. March & Rossiter, for appellant; Benjamin F. March, Lyle H. Rossiter and W. D. Sellers, of counsel; Edward S. Coath, for appellees; John J. Lyons, of counsel. Opinion by JUSTICE MATCHETT. ''Not to be published in full.''